IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-15499

_____

D.C. Docket No. 1:13-cv-03573-HLM


FLANIGAN'S ENTERPRISES, INC OF GEORGIA,
FANTASTIC VISUALS, LLC,

Plaintiffs - Appellants,

MELISSA DAVENPORT,
MARSHALL G. HENRY,

Intervenors - Plaintiffs -
Appellants,

versus

CITY OF SANDY SPRINGS, GEORGIA,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JULIE CARNES, and JILL PRYOR, Circuit Judges.[*]

BY THE COURT:

A petition for rehearing en banc having been filed, a member of this Court in active service having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor of granting rehearing en banc,

It is ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.

---

[*] Senior United States Circuit Judge R. Lanier Anderson may elect to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).